IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD JACKSON MOORE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D13-6066

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 8, 2017.

An appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

Andy Thomas, Public Defender, Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Giselle Denise Lylen, Assistant Public Defender, Tallahassee, for Appellee.

PER CURIAM.

We reverse and remand with directions to the trial court to resentence Appellant in light of *Walton v. State,* 208 So. 3d 60 (Fla. 2016), and *Williams v. State,* 186 So. 3d 989 (Fla. 2016).

B.L. THOMAS, C.J., and ROBERTS and ROWE, JJ., CONCUR.